**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-6280**

———————————

GERALD RODGERS,

Plaintiff - Appellant,

versus

BONITA HAWKES, Operations Officer, Haynesville
Correctional Center,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Henry C. Morgan, Jr., District
Judge.  (CA-00-34-2)

———————————

Submitted:  June 9, 2000          Decided:  September 7, 2000

———————————

Before MURNAGHAN,[*] MICHAEL, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Gerald Rodgers, Appellant Pro Se.

———————————

[*] Judge Murnaghan was assigned to the panel in this case but
died prior to the time the decision was filed.  The decision is
filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d)
(1994).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald Rodgers, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Rodgers v. Hawkes, No. CA-00-34-2 (E.D. Va. Feb. 17, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED